Writ refused. The judgment complained of is correct.

206 So.2d 90

**LIBERTY LOAN CORPORATION OF LAFAYETTE, INC.**

v.

**W. W. JOBE.**

No. 49018.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal the result is correct.

206 So.2d 90

**Joy Reeves MANLEY**

v.

**L. B. MANLEY.**

No. 49020.

Feb. 2, 1968.

Writ refused, On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.